**Angela Maria DOZIER, Plaintiff—
Appellant,**

v.

**Anna CHAMPION; Hattie Pimpong;
Case Manager Ms. Jones; Assignment
Mgr. Ms. Smith; Officer Stone; Officer Bass; Sgt. Davis; Sgt. Hayes;
Lieutenant Harris; Charles Hill; Sgt.
Briggs; Dr. Derosiers; Sgt. Whitaker;
Lt. Sorie; Nurse Davis; Dr. Curtis;
Dr. Dyer; Tammy Rhodes; Nurse Cox;
Chaplain Coley, Defendants—Appellees.**

No. 08–6900.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2008.

Decided: Nov. 19, 2008.

Angela Maria Dozier, Appellant Pro Se.
Lisa Yvette Harper, Assistant Attorney
General, Raleigh, North Carolina; Eliza-

beth Pharr McCullough, Young, Moore & Henderson, PA, Raleigh, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Maria Dozier appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dozier v. Champion,* No. 5:06–ct–03041–H (E.D.N.C. May 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*